UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 401 |
| | ) | |
| KEVIN GORDON | ) | Magistrate Judge Ashman |
| | ) | |

MOTION OF THE UNITED STATES TO DISMISS
THE COMPLAINT AGAINST DEFENDANT
<u>KEVIN GORDON WITHOUT PREJUDICE</u>

The UNITED STATES OF AMERICA, through its attorney, PATRICK J. FITZGERALD, the United States Attorney for the Northern District of Illinois, moves to dismiss the Complaint in this action without prejudice as to defendant KEVIN GORDON.

A draft Order is attached.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

<u>/s/Sharon R. Fairley</u>
By:   Sharon R. Fairley
Stephen A. Kubiatowski
Assistant United States Attorneys
219 S. Dearborn St., 5th Floor
Chicago, Illinois  60604
(312) 353-5300

## Certificate of Service

The undersigned Assistant U.S. Attorney hereby certifies that the afore-said document was served on May 23, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/Sharon R. Fairley
By:   Sharon R. Fairley
Stephen A. Kubiatowski
Assistant United States Attorneys
219 S. Dearborn St., 5th Floor
Chicago, Illinois  60604
(312) 353-5300
