# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 25 | **DATE** | 5/23/2008 |
| **CASE TITLE** | USA vs. Kevin Gordon | | |

**DOCKET ENTRY TEXT**

Enter order. Government's motion to dismiss the complaint against defendant Kevin Gordon without prejudice [35] is granted. It is hereby ordered that the complaint against Kevin Gordon is hereby dismissed, without prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|