UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 401-25 |
| | ) | |
| KEVIN GORDON | ) | Magistrate Judge Ashman |
| | ) | |

## ORDER

The United States having moved the Court to dismiss the Complaint against KEVIN GORDON without prejudice;

IT IS HEREBY ORDERED THAT: The Complaint against defendant KEVIN GORDON is hereby DISMISSED, without prejudice.

ENTER: **MAY 23 2008**

_____
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE